UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                        :

FRED ALSTON, *et al.*,                                :

                        Plaintiffs,      :

                                           :            23 Civ. 6274 (JPC)

           -v-                      :

                                           :              <u>ORDER</u>

95 MP PARKING, INC.,                        :

                        Defendant.      :

-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       Plaintiffs served Defendant with summons and the Complaint on August 4, 2023, and Defendant's deadline to answer the Complaint was thus August 25, 2023. That deadline has passed, yet the docket does not reflect any appearance or response to the Complaint from Defendant. The Court *sua sponte* adjourns Defendant's deadline to respond to the Complaint to September 1, 2023. If Defendant once again fails to respond to the Complaint by its deadline to do so, Plaintiff shall seek a certificate of default by September 6, 2023.

       SO ORDERED.

Dated: August 30, 2023
       New York, New York                                                         JOHN P. CRONAN
                                                                                 United States District Judge